Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle Cristales, ) | Case No. 2:20-cv-00011-JJT |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| RSI Enterprises, Inc. and Equifax) | |
| Information Services, LLC, ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 17, 2020

                                        Respectfully submitted,

                                        s/ Russell S. Thompson, IV
                                        Russell S. Thompson, IV (029098)
                                        Thompson Consumer Law Group, PC
                                        5235 E. Southern Ave., D106-618
                                        Mesa, AZ 85206
                                        Telephone: (602) 388-8898

Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson IV
Russell S. Thompson IV