# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle Cristales, | No. CV-20-00011-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| RSI Enterprises Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (Doc. 16), and good cause appearing,

IT IS ORDERED granting the Joint Stipulation (Doc. 16). The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC, only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED Equifax Information Services, LLC, being the last remaining Defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 2nd day of April, 2020.

Honorable John J. Tuchi
United States District Judge